UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHIR MEHDI GHAFFARI,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF TREASURY, AND ELISIA DANG (IRS OFFICIAL)<br><br>　　　　　　Defendants. | Case No. 5:14-cv-02927-PSG<br><br>**ORDER DENYING GHAFFARI'S MOTION TO APPOINT COUNSEL**<br><br>**(Re: Docket No. 13)** |

Before the court is Plaintiff Shahir Mehdi Ghaffari's motion to appoint counsel. The court finds this motion suitable for disposition on the papers pursuant to the local rules.[1]

"Generally, a person has no right to counsel in civil actions."[2] "However, a court may under 'exceptional circumstances' appoint counsel for indigent civil litigations pursuant to 28 U.S.C. § 1915(e)(1)."[3] "When determining whether 'exceptional circumstances' exist, a court must consider 'the likelihood of success on the merits as well as the ability of the petitioner to

---

[1] *See* Civil L.R. 7-1(b) ("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call."); Fed. R. Civ. P. 78(b) ("By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings.").

[2] *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citing *Storseth v. Spellman,* 654 F.2d 1349, 1353 (9th Cir.1981)).

[3] *Id.* (citing *Agyeman v. Corrs. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004)).

1
Case No. 5:14-cv-02927-PSG
ORDER DENYING GHAFFARI'S MOTION TO APPOINT COUNSEL

articulate his claims *pro se* in light of the complexity of the legal issues involved.'"[4]  "Neither of these considerations is dispositive and instead must be viewed together."[5]

Ghaffari's complaint largely takes issue with the breadth of the IRS's investigation into the sufficiency of his financial reporting.[6]  Although the court is not in any way branding Ghaffari's complaint frivolous, the complaint also does not present a strong likelihood of success on the merits, nor is the case riddled with legal complexity.  In its current form, the complaint is essentially a list of taxpayer frustrations.  In the absence of any cited case law suggesting that this circumstance meets the "exceptional circumstances" test, the court is not persuaded that an appointment of counsel is warranted.

Ghaffari's motion is DENIED.

**IT IS SO ORDERED.**

Dated: August 29, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[4] *Id.* (citing *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)) (emphasis in original).

[5] *Id.* (citing *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)).

[6] *See* Docket No. 1.

2
Case No. 5:14-cv-02927-PSG
ORDER DENYING GHAFFARI'S MOTION TO APPOINT COUNSEL